**3: CV 07-1113**

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Dylan Stephen Jayne
(Plaintiff)

v.

Pike County Correctional Facility, Craig A. Lowe Warden, Jonathan J. Romance Assistant Warden, Robert E. McLaughlin Assistant Warden, Keith Rozanski Classification, Linda Lastarza Programs coordinator Director?, Ilene Doolittle coordinator, Michael Volpe Psychologist, Martha Turnberg Psychologist.
(Defendant)

AFFIDAVIT / DECLARATION
IN SUPPORT OF REQUEST
TO PROCEED
<u>IN FORMA PAUPERIS</u>

I, Dylan Stephen Jayne certify that I am the plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my present financial condition I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to redress.

I further state that the responses which I have made to questions and instructions below are true and correct.

1. Are you presently employed?   Yes _____   No __X__

a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer.

_____

b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received.
2004 2002 Summer months $496.00 $6.hr 3 days a week

2. Have you received within the past twelve months any money from any of the following sources?

    a. Business, profession or form of self-employment?   Yes _____ No __X__

    b. Rent payments, interest or dividends?   Yes _____ No __X__

    c. Pensions, annuities or life insurance payments?   Yes _____ No __X__

    d. Gifts or inheritances?   Yes __X__ No _____

    e. Any other sources?   Yes __X__ No _____

If the answer to any of the above is yes, describe each source of money and state the amount
December 2006 $25.00 christmas gift from grandmother
Welfare $107.50 twice a month.

received from each during the past twelve months.

3. Do you own any cash, or do you have money in a checking or savings account? Yes  X
No ~~X~~   (Include any funds in prison accounts.)

If the answer is yes, state the amount of cash or the present balance in any account.

negative $25.00 Wachovia Bank

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?  Yes  X   No ____

If the answer is yes, describe the property and state its approximate value.
2004 Burton Fish 56 snowboard Boots Bindings $400

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. In order to comply with the court's privacy policy, only the initials of a minor should be listed below. Also, listing the age of the minor is acceptable; however, only the year of birth may be included. See the court's "Notice of Electronic Availability of Civil and Criminal Case File Information" and Local Rule 5.2 for more information on redaction of personal data identifiers.

> I understand that a false statement or answer to any questions in this affidavit/ unsworn declaration will subject me to penalties for perjury.
>
> I declare under penalty of perjury that the foregoing is true and correct.
>
> Executed on ___June 21, 2007___
>                    Date
>
> _____[signature]___ pro se
>    Signature of Plaintiff