7/31/07
4:23pm

Dear, Your Honor

My information for discovery has been compromised by the address 205-207 N. Washington Avenue 18503

1006 Pittston Avenue Scranton Pa ~~18501~~ 18505

zipcode
18503 Paul Walker
Mathew Cummingford

18505 Abrahansen Moran and Conaboy P.C.

FILED SCRANTON
AUG 0 2 2007
MARY E. D'ANDREA, CLERK
Per ___ JM
DEPUTY CLERK

3: CV 07-1113

Yours truly, S/ Dylan S. Jayne

Dylan Jayne
139 Millridge Dr.
Milford, Pa. 16337

MILFORD PA
JUL 31 2007
USPS

LEHIGH VALLEY PA 180
U.S. POSTAGE PAID
MILFORD, PA
18337
JUL 31 '07
AMOUNT
$0.00
00095045-02

18501

UNITED STATES POSTAL SERVICE

Your Honor/Honorable
235 N. Washington Avenue
Scranton, Pa. 18501

RECEIVED
SCRANTON
AUG 02 2007
MARY E. D'ANDREA, CLERK
Per _____ DEPUTY CLERK